FILED
February 14, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIERRA WILLIAMS,<br><br>　　　　Defendant. | Case No.  2:25-mj-00030-SCR<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SIERRA WILLIAMS,

Case No.  2:25-mj-00030-SCR , Charge 18 U.S.C. § 3142(c) from custody for the following reasons:

　　　　Release on Personal Recognizance

　　　　Bail Posted in the Sum of $

　　　　　　Unsecured Appearance Bond $

　　　　　　Appearance Bond with 10% Deposit

　　　　　　Appearance Bond with Surety

　　　　　　Corporate Surety Bail Bond

　x　　(Other):  **Released forthwith with previous conditions of release and must report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 2/19/2025.**

Issued at Sacramento, California on February 14, 2025, at 3:25 PM.

By: _____

Magistrate Judge Sean C. Riordan